## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 1:12-CR-180** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **CHRISTOPHER NDUKA** | : | |

## <u>ORDER</u>

AND NOW, this 18th day of April, 2013, upon consideration of the government's Unopposed Motion (Doc. 46) to Correct Technical Error on Judgment and Conviction Order and, for the reasons stated therein, said motion is hereby GRANTED. The Judgment and Conviction in the above-captioned case is hereby amended to reflect that the total amount of restitution ordered is $369,590.81.

       S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge